# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARCUS LEE GENTRY**
**ADC #146800**                                                                                      **PLAINITFF**

V.                           NO. 4:23-cv-00387-JM-ERE

**LATYRA M. PETTIS,** *et al.*                                                      **DEFENDANTS**

### RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

II.   **Discussion:**

On April 24, 2023, Plaintiff Markus Lee Gentry, an Arkansas Division of Correction inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*.

With his initial filing, Mr. Gentry failed to provide a completed application for leave to proceed *in forma pauperis* (IFP); nor did he pay a filing fee. *Doc. 1*. Accordingly, on April 26, 2023, the Court directed the Clerk of Court to send Mr.

Gentry an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court's Order specifically warned Mr. Gentry that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Gentry has not addressed the filing-fee requirement, and the time to do so has passed.

### III. **Conclusion:**

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Gentry's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's April 26, 2023 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 31 May 2023.

_____
UNITED STATES MAGISTRATE JUDGE