# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MARCUS LEE GENTRY
ADC #146800                                                                                              PLAINTIFF

V.                              NO. 4:23-cv-00387-JM

LATYRA M. PETTIS, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin recommending the dismissal of Plaintiff's case based on his failure to: (1) comply with the Court's April 26, 2023 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.  Plaintiff filed timely objections and included an application to proceed *in forma pauperis*. Accordingly, the Court declines to adopt the recommendation.  The Clerk is directed to file the portion of Plaintiff's objections which contain his application to proceed *in forma pauperis* as a separate motion for leave to proceed IFP (ECF 4, pp. 6-9).

IT IS SO ORDERED this 13th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE